1  DANIEL G. BOGDEN
   United States Attorney
2  MEGAN RACHOW
   Assistant United States Attorney
3  100 West Liberty Street, Suite 600
   Reno, Nevada 89501
4  Tel: (775)784-5438
   Attorneys for Plaintiff

FILED ___   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

JUN 14 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 3:11-MJ-0059-VPC |
| v. | ) MOTION TO UNSEAL CRIMINAL CASE |
| FERNANDO SALADO-MARILES, FANNY ALBERTINA TOLEDO, ZORIEDA CARRILLO, and GERMAN ZAMORANO, | ) |
| Defendants. | ) |

COMES NOW the UNITED STATES OF AMERICA, by and through DANIEL G. BOGDEN, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, and files this motion to unseal the Criminal Case in this matter. The criminal investigation has reached a stage where unsealing of the affidavit will not cause any undue disruption in the processing of the matter. Accordingly, the need to keep the foregoing items sealed no longer outweighs its disclosure.

Submitted this 10th day of June, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Megan Rachow
MEGAN RACHOW
Assistant United States Attorney

IT IS SO ORDERED.

Dated: June 14, 2011

/s/ Valerie P. Cooke
VALERIE P. COOKE
United States Magistrate Judge

1